IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CECELIA R. HILL,
    Plaintiff,

v.                                                Civil Action No.  3:21-CV-00715 (MRC)

EQUIFAX INFORMATION SERVICES, LLC,
*et al.*,
    Defendants.

## ORDER

    Plaintiff Cecelia R. Hill ("Plaintiff") and Defendant, Trans Union, LLC ("Trans Union") and Equifax Information Services, LLC ("Equifax") filed a stipulation of dismissal with prejudice of all claims against Trans Union and Equifax in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 34, 35.) It is here by ORDERED that Plaintiffs' Complaint <u>only</u> against Trans Union and Equifax is DISMISSED WITH PREJUDICE, with each party to pay its own attorney's fees and costs.

    It is so ORDERED.

    Let the Clerk send a copy of this Order to all counsel of record.

                                                      /s/ MRC
                                                    Mark R. Colombell
                                                    United States Magistrate Judge

Richmond, Virginia
Date: <u>4/19/2022</u>