IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CECELIA R. HILL,
    Plaintiff,

v.                                            Civil Action No. 3:21-CV-00715 (MRC)

EQUIFAX INFORMATION SERVICES, LLC,
*et al.*,
    Defendants.

## FINAL ORDER

Plaintiff Cecelia R. Hill ("Plaintiff") and Defendant, Experian Information Solutions, Inc. ("Experian") filed a stipulation of dismissal with prejudice of all claims against Experian in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 38.) As a result, it is hereby ORDERED that Plaintiff's Complaint against Experian is DISMISSED WITH PREJUDICE, with each party to pay its own attorney's fees and costs.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record, and the Clerk is directed to close this case.

                                                            /s/ MRC
                                                      Mark R. Colombell
                                                      United States Magistrate Judge

Richmond, Virginia
Date: 5/4/2022